City of Chicago v. Wahl, 210 Ill. App. 106.

as should be shown by the evidence, *held* not reversibly erroneous, where the evidence fully warranted the award made. ·

## City of Chicago, Appellee, v. Mrs. Henry Wahl, Appellant.

### Gen. No. 23,268. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN COURTNEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Prosecution by City of Chicago, plaintiff, against Mrs. Henry Wahl, defendant, charging defendant with making, aiding, countenancing and assisting in making an improper noise, disturbance, breach of the peace, and diversion tending to a breach of the peace, in violation of section 2012 of the Revised Municipal Code of plaintiff. From a judgment finding defendant guilty, on trial by the court without a jury, and fining her one dollar, defendant appeals.

F. C. HARBOUR, for appellant.

SAMUEL A. ETTELSON and HARRY B. MILLER, for appellee; DANIEL WEBSTER, of counsel.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 867*—*when presumed evidence supports finding for violation of ordinance.* In the absence of an or-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

dinance made the basis of a complaint preserved in the record, the sufficiency of the evidence to support the finding in a prosecution for violation of a city ordinance will be presumed.

## Ruth Whitney, by Arthur Whitney, Appellee, v. Frank N. Derby and William M. Derby, Jr., Appellants.

### Gen. No. 23,279.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. SAMUEL C. STOUGH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Action by Ruth Whitney, by Arthur Whitney, her next friend, plaintiff, against Frank N. Derby and William M. Derby, Jr., defendants, to recover damages for personal injuries sustained by plaintiff when a stone balustrade, on the front steps of a building owned by defendants, in which plaintiff's father was a tenant, fell on her, injuring her left leg and knee. From a judgment for plaintiff for $1,000, defendants appeal.

For the case on a former appeal, see *Whitney v. Derby*, 197 Ill. App. 309.

WARREN PEASE, for appellants.

COBURN & BENTLEY, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.